| AO 10 Rev. 1/2011 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2011 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (last name, first, middle initial) Doub, Randy D. | 2. Court or Organization U. S. Bankruptcy Court, EDNC | 3. Date of Report 11/05/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) U. S. Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination, Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2011 to 12/31/2011 |
| 7. Chambers or Office Address 1760-A Parkwood Boulevard Wilson, North Carolina 27893 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Council Member | ECU College of Arts and Sciences Advancement Council |
| 2. | Council Member | ECU Dept. of Political Science Advancement Council |
| 3. | Notary Public | State of North Carolina |
| 4. | Trustee | Testamentary Trust established under last will of family member for benefit of family member |
| 5. | Power of Attorney | family member |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 11/05/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Eastern Bankruptcy Institute | June 1-June 2, 2011 | Myrtle Beach, S. C. | Eastern Bankruptcy Institute seminar | Hotel, meals, mileage |
| 2. | North Carolina Bar Association | Nov. 15-17, 2011 | Asheville, N. C. | N. C. Bar Assoc. seminar | Hotel, mileage |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 11/05/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✔] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[✔] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 11/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wachovia Bank Checking | A | Interest | J | T | | | | | |
| 2. East Carolina Bank Checking | A | Interest | J | T | | | | | |
| 3. East Carolina Bank Money Market Checking | A | Interest | J | T | | | | | |
| 4. East Carolina Bank savings account | A | Interest | J | T | | | | | |
| 5. East Carolina Bank savings account | A | Interest | J | T | | | | | |
| 6. BBandT checking account | A | Interest | J | T | | | | | |
| 7. IRA No. 1, cash, Scott and Stringfellow | A | Interest | J | T | | | | | |
| 8. IRA No. 1 SOVIX mutual fund | A | Dividend | J | T | | | | | |
| 9. IRA No. 2 cash, Scott and Stringfellow | A | Interest | J | T | | | | | |
| 10. IRA No. 2 ABALX | B | Int./Div. | M | T | Distributed (part) | 01/06/11 | J | | |
| 11. IRA No. 2 AMECX | B | Int./Div. | M | T | Distributed (part) | 01/06/11 | J | | |
| 12. WNC Tax Credits | | None | J | T | | | | | |
| 13. IRA No. 3 Cash, gold, platinum; Sterling Trust Co. | A | Interest | K | T | | | | | |
| 14. Brokerage Account Cash(Scott and Stringfellow) | A | Interest | J | T | | | | | |
| 15. ABALX | A | Dividend | J | T | | | | | |
| 16. CBF Moderate Growth 1996-98Alt Ax | | None | K | T | | | | | |
| 17. Lincoln National Flex Prem Adjust Life Policy | | None | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Brokerage Account Cash(Scott and Stringfellow) | A | Interest | J | T | | | | | |
| 19. ABALX | A | Dividend | J | T | | | | | |
| 20. CBF Moderate Growth 1993-95 Alt Ax | | None | K | T | | | | | |
| 21. Lincoln National Flex Prem Adjust Life Policy | | None | J | T | | | | | |
| 22. AXA Equitable Flex Prem Universal Life Policy | | None | J | T | | | | | |
| 23. Antique Coins, Gold and Silver | | None | L | T | | | | | |
| 24. North Carolina State Retirement | | None | K | T | | | | | |
| 25. Ameriprise Financial-RiverSource Flexible Annuity, TSA | | None | K | T | | | | | |
| 26. Wachovia Checking(PA) | A | Interest | J | T | | | | | |
| 27. Wachovia Checking(PA) | A | Interest | J | T | | | | | |
| 28. Wachovia Money Market(PA) | A | Interest | J | T | | | | | |
| 29. Wachovia Securities Brokerage Account(PA) | A | Int./Div. | J | T | | | | | |
| 30. FE(PA) | A | Dividend | J | T | | | | | |
| 31. PGN(PA) | A | Dividend | J | T | | | | | |
| 32. OGE(PA) | A | Dividend | J | T | | | | | |
| 33. Charlotte-Meck Bond(PA) | A | Interest | | | Redeemed | 01/18/11 | J | | |
| 34. Winston-Salem Bond(PA) | A | Interest | | | Redeemed | 06/01/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 11/05/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Alamance Bond(PA) | A | Interest | J | T | | | | | |
| 36. NC Cap Bond(PA) | A | Interest | J | T | | | | | |
| 37. Raleigh-Durham Bond(PA) | A | Interest | | | Redeemed | 05/02/11 | J | | |
| 38. Charlotte Bond(PA) | A | Interest | J | T | | | | | |
| 39. Charlotte Bond(PA) | A | Interest | K | T | | | | | |
| 40. Charlotte-Meck Bond(PA) | A | Interest | K | T | | | | | |
| 41. NC Med Care Bond(PA) | A | Interest | J | T | | | | | |
| 42. Piedmont Federal Cert. of Deposit(PA) | B | Interest | K | T | Redeemed (part) | 04/25/11 | J | | |
| 43. Hartford Annuity(PA) | A | Interest | K | T | | | | | |
| 44. Hartford Annuity(PA) | A | Interest | K | T | | | | | |
| 45. Piedmont Aviation Credit Union checking(PA) | A | Interest | J | T | | | | | |
| 46. BBandT checking(PA) | A | Interest | | | Closed | 10/14/11 | J | | |
| 47. ECB checking(trustee) | A | Interest | J | T | | | | | |
| 48. Old North State Trust, LLC(testamentary trust)#1 | D | Int./Div. | N | T | | | | | |
| 49. Old North State Trust, LLC#2 | C | Int./Div. | N | T | Distributed (part) | 10/18/11 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | | P4 =More than $50,000,000 | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 11/05/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part I. POSITIONS
6. Trustee-Family member

Part VII. Explanations  Line   48, Old North State Trust #1(No control)  I can only select a general investment strategy (level of risk).   I am unable to select or direct the purchase of specific assets.  I will forward hard copies of 2011 records of Old North State Trust..

Line   49, Old North State Trust #2(No control)  I can only select a general investment strategy (level of risk).   I am unable to select or direct the purchase of specific assets. I will forward hard copies of 2011 records of Old North State Trust

| Name of Person Reporting | Date of Report |
|---|---|
| Doub, Randy D. | 11/05/2012 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature:  **s/ Randy D. Doub**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544